AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation** of Probation or Supervised Release) |
|---|---|
| V. | |
| LAZARO GONZALVEZ | Case Number: 8:03-cr-248-T-30MAP<br>USM Number: 41137-018 |
| | Alec Hall, pda.<br>Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __ONE, TWO, THREE, FOUR, FIVE AND SIX__ of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| ONE | New Law Violation (Grade A Violation) | May 20, 2007 |
| TWO | New Law Violation (Grade A Violation) | May 20, 2007 |
| THREE | New Law Violation (Grade C Violation) | May 20, 2007 |
| FOUR | Failure to submit to urinalysis (Grade C Violation) | April 18, 2007 |
| FIVE | Failure to submit to urinalysis (Grade C Violation) | May 10, 2007 |
| SIX | Failure to attend treatment (Grade C Violation) | May 10, 2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 5, 2007
Date of Imposition of Judgment

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

6 Sept. 2007
Date

DEFENDANT: LAZARO GONZALVEZ  
CASE NUMBER:   8:03-cr-248-T-30MAP  
Judgment - Page __2__ of __2__

## IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TWENTY-FOUR (24) MONTHS with no term of supervised release to follow.**

____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m.   p.m.   on _____.

    ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on _____.

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL